UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Andres CASAROVIAS-Marcelo,<br><br>Defendant | Magistrate Docket No.<br>**'08 MJ 0361**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

FILED 08 FEB -8 AM 10: 16

The undersigned complainant, being duly sworn, states:

On or about **February 7, 2008** within the Southern District of California, defendant, **Andres CASAROVIAS-Marcelo,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico,** was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **8th** DAY OF **FEBRUARY 2008**

Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Andres CASAROVIAS-Marcelo

## PROBABLE CAUSE STATEMENT

On February 7, 2008, Border Patrol Agent J. Giordano was performing line watch duties in the Chula Vista area of responsibility. At approximately he responded to a radio call via bureau radio from Night Scope Operator Senior Border Patrol Agent C. Loy of a suspected group of illegal entrant aliens near an area commonly referred to as "Johnny Wolf's Draw." This area is located three miles east of Otay Mesa, California Port of Entry and approximately 500 yards north of the United States/Mexico International Boundary fence. After conducting a brief search of the area, Agent Giordano observed three individuals hiding. Agent Giordano approached the individuals and identified himself as a United States Border Patrol Agent. Agent Giordano then conducted an Immigration inspection on the three individuals. All three including one later identified as the defendant, **Andres CASAROVIAS-Marcelo**, stated they were citizens and nationals of Mexico without any documentation that would allow them to be or remain in the United States legally. Agent Giordano placed all three under arrest and had them transported to the Chula Vista station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on December 17, 2007** through **Nogales, Arizona.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.